IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ELLIOTT GRAISER | ) CASE NO. 1:15-cv-2306 |
| Plaintiff, | ) |
| | ) JUDGE JAMES S. GWIN |
| v. | ) |
| | ) DEFENDANT VISIONWORKS OF |
| VISIONWORKS OF AMERICA, INC. | ) AMERICA, INC.'S APPENDIX A |
| | ) REGARDING PRIOR NOTICE IN |
| Defendant. | ) SUPPORT OF ITS MOTION FOR |
| | ) SUMMARY JUDGMENT |

Dated: June 20, 2016

Ronald D. Holman, II (0036776)
David H. Wallace (0037210)
Michael J. Zbiegien, Jr. (0078352)
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Telephone: 216-241-2838
Facsimile: 216-241-3707
rholman@taftlaw.com
dwallace@taftlaw.com
mzbiegien@taftlaw.com

Attorneys for Defendant
Visionworks of America, Inc.

| **Case** | **Industry** | **Advertisement/Discount** | **Disposition** |
|---|---|---|---|
| *State ex rel. Fisher v. VIP World Resorts, Inc.*, PIF No. 10000327 | Camping resorts. | Direct mail solicitations that consumers had won a prize | Consent Judgment |
| *State ex rel. Fisher v. Ricart Ford, Inc. et al.*, PIF No. 10000397 | Automobile dealership | | Consent Judgment |
| *State ex rel. Brown v. Introductions International, Inc.*, PIF No. 10000506 | Dating service | Representations that consumers would be provided referrals and would be matched with persons of the opposite sex who were compatible | Default Judgment |
| *Renner v. Procter & Gamble Co.*, PIF No. 10000629 | Disposable diapers | Coupon mailed for free pack of Luv's disposable diapers | Judgment in favor of defendant that Ohio Administrative Code did not apply |
| *State ex rel. Celbrezze v. International Foundation, et al.*, PIF No. 10000793 | Legal services | Defendant represented that individual defendant was attorney licensed to practice law who would defend foreclosure actions for free | Injunction prohibiting defendants from engaging in its practices unless individual obtained a license to practice law. |
| *State ex rel. Celebrezze v. U.S. Resorts Corp. d/b/a River Bend Resort*, PIF No. 10000867 | Camping club memberships | Direct mail solicitations that consumers had won a prize | Consent Judgment |

| | | | |
|---|---|---|---|
| *State ex rel. Celebrezze v. Northeast Consumer Tech. Stores*, PIF No. 10000870 | Selling electronic equipment and appliances | Out-of-store advertising regarding terms of a sale | Consent Judgment |
| *State ex rel. Celebrezze v. The Landing at Clay's Park, et al.*, PIF No. 10000981 | Camping resort | Solicitations that consumers had won a prize | Consent Judgment |
| *State ex rel. Celebrezze v. Riggs, et al.*, PIF No. 10000984 | Coupon book | Telemarketing that failed to disclose all exclusions and limitations that apply to the coupons in the coupon book | Default Judgment |
| *State ex rel. Celebrezze v. Erie Shores Resort & Marina, Inc.*, PIF No. 10001009 | Camping resort | Direct mail solicitations that consumers had won a prize | Consent Judgment |
| *State ex rel. Celebrezze v. Holiday Resorts of Ohio, et al.*, PIF No. 10001066 | Camping resort | Direct mail solicitations that consumers had won a prize | Default Judgment |
| *State ex rel. Celebrezze v. B&W Service Co., Inc., et al.*, PIF No. 10001074 | Sales of meat | Published advertisements; allegation that defendants used advertisements to lure consumers to store and then disparaged the goods offered in order to persuade consumer to buy other goods | Consent Judgment |
| *State ex rel. Celebrezze v. VIP World Resorts, Inc., et al.*, PIF No. 10001235 | Camping resort | Direct mail solicitations that consumers had won a prize | Consent Judgment |

2

| | | | |
|---|---|---|---|
| *State ex rel. Fisher v. Land Marketing, Inc. d/b/a Alum Cove Recreational Resort*, PIF No. 10001330 | Camping resort | Direct mail solicitations that consumers had won a prize | Consent Judgment |
| *In re Network Direct, Inc.*, PIF No. 10001331 | Travel and shopping services | Direct mail solicitations that consumers had won a prize | Assurance of Voluntary Compliance |
| *In re Toyota Northeast, Inc.*, PIF No. 10001401 | Automobile dealership | Written advertisements | Assurance of Voluntary Compliance |
| *In re Hosiery Corp. of Am.*, PIF No. 10001675 | Women's hosiery | Direct mail solicitations offering "free" hosiery that required purchase of two additional pairs | Assurance of Discontinuance / Assurance of Voluntary Compliance |
| *State ex rel. Montgomery v. Travel Opportunities, Inc.*, PIF No. 10001731 | Vacation packages and travel-related services | Direct mail and telephone solicitations | Agreed Order and Final Judgment |
| *In re Phar-Mor of Ohio, Inc.*, PIF No. 10001935 | Pharmacy | Written advertisements containing lowest price guarantee | Assurance of Voluntary Compliance |
| *In re Hydro-Tech*, PIF No. 10002106 | Vacuum sales | Unclear from document | Assurance of Voluntary Compliance |
| *In re D&B Systems, Ltd., et al.*, PIF No. 10002107 | Vacuum sales | In-home solicitations, awarding prizes and related use of free, out-of-store advertising | Assurance of Voluntary Compliance |
| *State of Ohio ex rel. Attorney Gen'l Jim Petro v. Craftmatic Org., Inc., et al.*, PIF No. 10002347 | Adjustable beds | Use of sweepstakes and in-home sales materials | Agreed Final Judgment Entry and Order |

3

| | | | |
|---|---|---|---|
| *Charvat v. Westerville Taekwondo Am., Inc.*, PIF No. 10002549 | Taekwondo | Use of "free" in newspaper advertisement | Consent Judgment |
| *Ferron v. Big Hip, Inc.*, PIF No. 10002674 | E-mail solicitations; otherwise unclear | E-mails offering free promotional items | Judgment |
| *In re: Grant A Wish LLC*, PIF No. 10002728 | Grant writing services; otherwise unclear | Unclear | Assurance of Voluntary Compliance |
| *Ferron v. SubscriberBase Holdings, Inc.*, PIF No 10002768 | E-mail solicitations; otherwise unclear | E-mails offering free promotional items | Opinion and Order granting in part and denying in part motion to dismiss |
| *Ferron v. Netricsoft, Inc.*, PIF No. 10002769 | E-mail solicitations | E-mail solicitations | Default Judgment |
| *State of Ohio ex rel. Attorney Gen'l Richard Cordray v. Discount Global Travel, Inc.*, PIF No. 10002803 | Discount travel service memberships | Representations that defendants would provide lowest prices and failure to comply with other obligations of sales contract | Summary Judgment for Plaintiff |
| *In re Lowenstine, et al.*, PIF No. 10003006 | Cleaning services for home HVAC systems, mold removal services, dryer vent cleaning services, and carpet cleaning services | Mailed and online advertisements offering "Free Mold Test" | Assurance of Voluntary Compliance |

4

5

| *In re Vin Devers, Inc.*, PIF No. 2481 | Motor vehicle sales | Unclear other than use of "free" or "2 for 1" offer | Assurance of Voluntary Compliance |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2016, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Ronald D. Holman, II*
Ronald D. Holman, II

15098271